08-15-00224-CR
08-15-00225-CR
08-15-00226-CR




# Kimberly Xavier

**CSR, RMR, CRR, CRI, CMRS**
**Texas Certified Realtime Reporter**
**TCRA CART Level III**
**Official Court Reporter**
**Criminal District Court No. 3**
**Dallas County, Texas**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
10/5/2015 8:03:00 AM
DENISE PACHECO
Clerk

P.O. Box 224988   *   Dallas, Texas 75222   *   (214) 653-5923   *   Fax (214) 712-3080
Email: Xavier_k@msn.com

October 4, 2015

Eighth District Court of Appeals
Clerk of the Court
El Paso County Courthouse
500 E. San Antonio Ave, Suite 1203
El Paso, Texas 79901-2408

Re:  Request for Extension
Appeallate Cause Nos. ó 08-15-00224-CR, 08-15-00225-CR, 08-15-00226-CR
Trial Cause Nos. F14-75614-J, F14-75953-J, F14-75954-J
Dagaberto Castanon vs. State of Texas

Clerk of the Court,

The Reporterøs Record in the above-mentioned cause number was not timely filed due to the length of the record and the voluminous exhibits attached which have to be scanned, verified, bookmarked, and OCRød.

For these reasons I am requesting a 30-day extension to file this record.  No further extensions would be required.

Respectfully submitted,

Kimberly Xavier, CSR
Official Court Reporter
Criminal District Court No. 3